ORIGINAL

FILED

06/20/2023

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: OP 23-0309

IN THE SUPREME COURT OF THE STATE OF MONTANA

OP 23-0309

_____

ANTHONY SCOTT CHARLIE,

      Petitioner,

v.

MONTANA FOURTH JUDICIAL DISTRICT
COURT, HON. JOHN W. LARSON, Presiding,

      Respondent.

_____

FILED

JUN 2 0 2023

Bowen Greenwood
Clerk of Supreme Court
State of Montana

O R D E R

      Petitioner Anthony Scott Charlie returns to this Court with his second Petition for Writ of Supervisory Control of the Fourth Judicial District Court and the District Court Judge John Larson this year. Charlie claims that his speedy trial right has been violated, pursuant to § 46-13-401(2), MCA, for misdemeanor offenses. Charlie includes a copy of the court's May 16, 2023 Order denying Charlie's third motion for dismiss (speedy trial). Charlie appears to litigate the Judge's decision with his recitation of the facts relative to his understanding of the law in his Petition. Trial was set for May 22, 2023.

      Supervisory control is an extraordinary remedy. Besides urgent and emergency factors, a writ of supervisory control must meet at least two other criteria. This writ is sometimes justified when the case involves purely legal questions and urgent or emergency factors make the normal appeal process inadequate, when the case involves purely legal questions, and when the court is proceeding under a mistake of law and is causing a gross injustice, or constitutional issues of state-wide importance are involved. M. R. App. P. 14(3)(a)-(c).

      It is essential to our acceptance of a petition for writ of supervisory control that the case involve purely legal questions. Charlie has not presented a purely legal question and he has not clarified how any factors here make "the normal appeal process inadequate[.]"

M. R. App. P. 14(3). Charlie has the remedy of appeal of the court's final judgment.[1] Charlie is not entitled to a writ of supervisory control. Accordingly,

IT IS ORDERED that Charlie's Petition for Writ of Supervisory Control is DENIED and DISMISSED.

IT IS FURTHER ORDERED that this matter is CLOSED as of this Order's date.

The Clerk is directed to provide a copy of this Order to: the Honorable John Larson, Fourth Judicial District Court; Amy McGhee, Clerk of District Court, Missoula County; Caitlin Creighton and Brandon Zeak, Deputy County Attorneys; counsel of record; Chad M. Wright, Appellate Defender Division; and Anthony Scott Charlie personally.

DATED this 20 day of ~~May~~, June, 2023.

_____
Chief Justice

_____

_____

_____

_____
Justices

---

[1] Through appellate counsel, Charlie has pending appeal from the District Court concerning a different Municipal Court decision. *See State v. A. Charlie*, Cause No. DA 23-0211, Notice of Appeal filed Apr. 5, 2023.

2